**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

MALIBU MEDIA, LLC,

       Plaintiff,

v.    Civil Action No. 1:14-cv-00703-LMB-JFA

JOHN DOE, subscriber assigned IP address 69.143.108.72,

       Defendant.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 69.143.108.72. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: July 15, 2014

    Respectfully submitted,

    By:    /s/ *William E. Tabot*
    William E. Tabot PC
    9248 Mosby Street
    Manassas, VA 20110-5038
    Phone: 703-530-7075
    Email: wetabotesq@wetlawfirm.com
    *Attorney for Plaintiff*

1

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on July 15, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: _/s/ *William E. Tabot*_____
      William E. Tabot